# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2026-0452
LT Case No. 2023-DP-000073

_____

T.J., MOTHER of A.M., and E.M.,
Children,

     Appellant,

     v.

DEPARTMENT OF CHILDREN AND
CHILDREN,

     Appellee.

_____

On appeal from the Circuit Court for Clay County.
Angela M. Cox, Judge.

Natalie S. Kelley, of Law Office of Natalie S. Hall Kelley, Saint
Augustine, for Appellant.

Sarah J. Rumph, of Children's Legal Services, Tallahassee, for
Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Jaime
Michelle Generazzo, Senior Attorney, Appellate Division, of
Statewide Guardian ad Litem Office, Tallahassee, and Adam
Matthew Topel, pro bono, of Butler Weihmuller Katz Craig LLP,
Tampa, for Guardian ad Litem.


May 28, 2026

PER CURIAM.

     AFFIRMED.

MAKAR, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____